ACCEPTED
06-14-00104-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/9/2015 12:27:30 PM
DEBBIE AUTREY
CLERK

# 06-14-00104-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/9/2015 12:27:30 PM
DEBBIE AUTREY
Clerk

## IN THE SIXTH COURT OF APPEALS
## TEXARKANA, TEXAS

**REEF R. GILLUM, D.O., ET AL.,**

**APPELLANTS,**

**V.**

**GREG A. GILLUM,**

**APPELLEE.**

## Unopposed Motion For Extension Of Time To File Appellants' Brief

### I.

Appellants' opening brief is due on February 9, 2015. Appellants request that the Court grant them a 30-day extension of time, until March 11, 2015, to file their brief. This is Appellants' first request for an extension of time to file this brief and is unopposed.

### II.

Appellants need additional time because it has been and will be necessary for appellate counsel Robert B. Gilbreath and Matthew C. Sapp to devote their time to a number of other matters, including:

**Page 1**

- Preparation of a motion for rehearing in Case No. 14-0543, pending in the Texas Supreme Court.

- Preparation of a motion for summary judgment and *Daubert* motion in Cause No. 2:13-CV-00945, pending in the United States District Court for the District of New Mexico.

- Preparation for oral argument in Cause No. 05-13-01765-CV, pending before the Fifth Court of Appeals (scheduled for February 18, 2015).

- Preparation of a motion to intervene and third-party complaint on behalf of intervenors in Cause No. 2:13-CV-02391, pending in the United States District Court for the Eastern District of Pennsylvania.

## PRAYER

Appellants request that the Court grant them a 30-day extension of time to file their brief and award them any other relief to which they are entitled.

Respectfully submitted,

/s/ *Robert B. Gilbreath*
Robert B. Gilbreath
Texas State Bar No. 07904620

Matthew C. Sapp
Texas State Bar No. 24063563

HAWKINS PARNELL
 THACKSTON & YOUNG, LLP
Highland Park Place
4514 Cole Avenue, Suite 500
Dallas, Texas 75205
Telephone: (214) 780-5100
Facsimile: (214) 780-5200

COUNSEL FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

I spoke with Jim Bullock, counsel for Greg Gillum, regarding this motion. He stated that his client does not oppose this motion.

/s/ Robert B. Gilbreath
Robert B. Gilbreath

## CERTIFICATE OF SERVICE

On February 9, 2015, a true and correct copy of this notice was sent via e-mail and certified mail to the following counsel of record:

**Jim E. Bullock, Esq.**
Brian Casper, Esq.
Cantey Hanger, LLP
19999 Bryan Street, Suite 3300
Dallas, Texas 75201
*jbullock@canteyhanger.com*
*bcasper@canteyhanger.com*

/s/ Robert B. Gilbreath
Robert B. Gilbreath